IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHIRLENE DAVIS,       Plaintiff, | § § § |
| v. | § No. 3:12-CV-01036-M (BF) § § |
| BANK OF AMERICA, NA, et al.,       Defendants. | § § § |

## ORDER

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court *sua sponte* dismisses this case without prejudice, pursuant to FED. R. CIV. P. 4(m), for failure of Plaintiff to effectuate service on Defendants within 120 days of filing the complaint. The Clerk of Court is directed to close this case.

**SO ORDERED** this 9th day of October, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS